LAWRENCE RAYMOND, PLAINTIFF IN ERROR, v. LAURA CHAMPION, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John J. Crandall.*

For the defendant in error, *Austin H. Swackhamer.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, ABBETT, DIXON, GARRISON, LIPPINCOTT, BOGERT, BROWN, KRUEGER, PHELPS, SMITH.    11.

*For reversal*—None.